THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER KELLY, *et al.*, | CASE NO. C17-1067-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is DIRECTED to CLOSE this case.

DATED this 11th day of October 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk